UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY PRIDE,** *et al.*<br><br>　　　　　Plaintiffs,<br><br>*and*<br><br>**WENCESLAUS PROVOST JR.** and **ANGELA PROVOST,** both individually and on behalf of all others similarly situated,<br><br>　　　　　Movants,<br><br>　　v.<br><br>**THE UNITED STATES DEPARTMENT OF AGRICULTURE,** *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 1:23-cv-02292-LLA |

**DECLARATION OF ARIEL C. GREEN ANABA IN SUPPORT OF MOVANTS' MOTION TO CONSOLIDATE**

I, Ariel C. Green Anaba, declare as follows:

1.  I am an attorney licensed to practice in the State of California and admitted *pro hac vice* to appear before this Court. I am employed by Wilson Sonsini Goodrich & Rosati P.C., counsel for Plaintiffs-Movants in *Provost, et al. v. Vilsack, et al.*, No. 1:24-cv-00920-TJK (D.D.C.). I have personal knowledge of the facts set forth in this Declaration and, if called upon, could testify to those facts.

2.  On or about June 7, 2024, I had a videoconference with counsel for the plaintiffs in *Pride v. U.S. Dep't of Agric.*, No. 1:23-cv-02292 LLA (D.D.C. Aug. 8, 2023) (hereinafter, "*Pride*"), to discuss potentially filing notices of related cases.

3.  During the videoconference, counsel for the *Pride* plaintiffs indicated that their representation of the *Pride* Plaintiffs and any potential class was not on a pro bono basis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed this 26th day of August 2024, at Orange, California.

*[signature]*
Ariel C. Green Anaba