UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY PRIDE,** *et al.*<br><br>                    Plaintiffs,<br><br>*and*<br><br>**WENCESLAUS PROVOST JR.** and **ANGELA PROVOST,** both individually and on behalf of all others similarly situated,<br><br>                    Movants,<br><br>           v.<br><br>**THE UNITED STATES DEPARTMENT OF AGRICULTURE,** *et al.*,<br><br>                    Defendants. | Civil Action No. 1:23-cv-02292-LLA |

**[PROPOSED] ORDER**

Upon consideration of Movants' Motion to Consolidate *Pride, et al. v. U.S. Department of Agriculture, et al.*, No. 1:23-cv-02292-LLA with *Provost, et al. v. Vilsack, et al.*, No. 1:24-cv-00920-TJK and the entire record contained herein, it is hereby:

**ORDERED** that Movants' Motion to Consolidate *Pride, et al. v. U.S. Department of Agriculture, et al.*, No. 1:23-cv-02292-LLA with *Provost, et al. v. Vilsack, et al.*, No. 1:24-cv-00920-TJK is **GRANTED**;

**ORDERED** that *Pride, et al. v. U.S. Department of Agriculture, et al.*, No. 1:23-cv-02292-LLA and *Provost, et al. v. Vilsack, et al.*, No. 1:24-cv-00920-TJK are **CONSOLIDATED** as follows:

    1.    *Provost, et al. v. Vilsack, et al.*, No. 1:24-cv-00920-TJK shall be transferred to the Honorable Judge Loren L. AliKhan and renamed as *Provost, et al. v. Vilsack, et al.*, No. 1:24-cv-

00920-LLA, and all pleadings therein shall retain their legal relevance, including the deadlines (*Provost*, ECF No. 30) currently in place with respect to the filing of a First Amended Complaint on or before September 16, 2024, and any response thereto;

2. The renamed *Provost, et al. v. Vilsack, et al.*, No. 1:24-cv-00920-LLA shall be consolidated with *Pride, et al. v. U.S. Department of Agriculture, et al.*, No. 1:23-cv-02292-LLA (collectively, the "Consolidated Cases"), and a scheduling order shall be entered for the Consolidated Cases in accordance with the Federal Rules of Civil Procedure, the Local Rules of this District, and any further Order of this Court; and

3. No discovery shall proceed in the Consolidated Cases until the Court determines:

   a. Whether counsel for the Provost Plaintiffs or counsel for the Pride Plaintiffs should serve as lead counsel for the Consolidated Cases; and

   b. Whether the *Pride* and *Provost* complaints should be combined into a single pleading for the benefit of the putative class.

Washington, D.C., this _____ day of _____, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Loren L. AliKhan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE