**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LARRY PRIDE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, et al., <br><br> *Defendants*. | No. 1:23-cv-02292-LLA |

**JOINT AGREED MOTION FOR ENTRY OF PROPOSED PROTECTIVE ORDER,**
**CLAWBACK AGREEMENT AND FEDERAL RULE OF EVIDENCE 502(d) ORDER**
**AND ESI PROTOCOL**

Plaintiffs Larry Pride, Marvin Roddy, Victor Lee, Gary Harris, and Chris Anderson (collectively, "Plaintiffs") and Defendants the U.S. Department of Agriculture, the Farm Service Agency, Secretary Thomas J. Vilsack, and Administrator Zach Ducheneaux (collectively, "Defendants"), through their undersigned counsel, and pursuant to Fed. R. Evid. 502(b)(1) and (2) and Federal Rule of Civil Procedure 26, hereby request that the Court enter the parties' proposed protective order (the "Protective Order"), stipulated Clawback Agreement and Federal Rule of Evidence 502(d) Order (the "Rule 502 Order"), and proposed protocol for electronically stored information ("ESI Protocol"), all of which are attached hereto.  In support of this Motion, the parties state as follows:

1.      Plaintiffs brings this putative class action against Defendants under Fed. R. Civ. P. 23 asserting claims of discrimination against Black farmers in violation of the Equal Credit Opportunity Act ("ECOA") and seeking both damages and injunctive relief.

2.      Pursuant to the Updated Joint Report Under LCvR 16.3(d) and FRCP 26(f)(2) filed with this Court on January 13, 2025, the parties have agreed that a "Protective Order, an ESI protocol and an agreement under FRE 502 are appropriate for this matter," and proposed to submit those orders to the Court by January 30, 2025.  ECF No. 55, at 8.

3.      First, based upon the nature of the claims and defenses in this case, Plaintiffs and Defendants agree that, during the course of this action, it may be necessary for the parties to disclose information and/or documents that one or more of the parties consider confidential.  To prevent irreparable harm to any party or nonparty through disclosure of such confidential materials, the parties therefore agree to the entry of the proposed Protective Order, attached hereto as **Exhibit A**.

4.      Next, the parties anticipate the need for eDiscovery and agree that the proposed ESI Protocol, attached hereto as **Exhibit B**, will suffice to govern the collection, processing, and production of data and documents.

5.      Finally, the parties submit their proposed Rule 502 Order, attached hereto as **Exhibit C**, to more succinctly address how to best handle the inadvertent production of any privileged documents.

6.      The parties have met and conferred in a good faith.

WHEREFORE, the parties respectfully request the Court adopt and enter the parties' proposed Protective Order, ESI Protocol, and Rule 502 Order attached to this Motion.

Dated: January 30, 2025                    Respectfully submitted,

_s/ Colby A. Kingsbury_____
Jessica C. Abrahams (DC # 435361)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005

Tel: +1 202 230 5000
Fax: +1 202 842 8465
jessica.abrahams@faegredrinker.com

Craig S. Coleman (MN # 0325491) (Pro Hac Vice)
Jonathan Dettmann (MN #0265032) (Pro Hac Vice)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel: +1 612 766 7000
Fax: +1 612 766 1600
craig.coleman@faegredrinker.com
jon.dettmann@faegredrinker.com

Colby Anne Kingsbury (IL #6272842) (Pro Hac Vice)
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606
Tel: +1 312 569 1000
Fax: +1 312 569 3000
colby.kingsbury@faegredrinker.com

Gregg W. Mackuse (PA # 54366) (Pro Hac Vice)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Tel: +1 215 988 2700
Fax: +1 215 988 2757
gregg.mackuse@faegredrinker.com

Emanuel McMiller (IN #35649-71) (Pro Hac Vice)
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Tel: +1 317 237 0300
Fax: +1 317 237 1000
manny.mcmiller@faegredrinker.com

John Calvin Patterson (MS # 103140) (Pro Hac
Vice)
Wesley D. Ehrhardt (MS # 103021) (Pro Hac Vice)
PATTERSON & EHRHARDT, PLLC
213 North Main St.
Como, MS 38619
Tel: +1 662 526 1992

3

Fax: +1 662 586 1556
jcp@pelaws.com
wde@pelaws.com

*Attorneys for Plaintiff*

 s/ *Faith Lowry*
Faith Lowry
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs
1100 L Street NW
Washington, DC 20005
202-305-2532
Email: faith.e.lowry@usdoj.gov

Sarah Suwanda
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs
1100 L Street NW
Washington, DC 20005
202-305-3196
Email: sarah.m.suwanda@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

/s/ *Colby A. Kingsbury*
Colby A. Kingsbury
***Attorney for Plaintiffs***